GLENN S. LEON
Chief

TIAN HUANG
Trial Attorney
United States Department of Justice
Fraud Section, Criminal Division
    1400 New York Avenue
    Washington, D.C. 20005
    Telephone: (202) 598-2523
    E-mail:   tian.huang@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA


ANDREW B. HOLMES
Holmes, Taylor, Athey, Cowan,
Mermelstein & Jones LLP
    811 Wilshire Boulevard
    Suite 1460
    Los Angeles, CA 90017
    Telephone: (213) 985-2200
    E-mail: abholmes@holmestaylor.com

Attorney for Defendant
MICHAEL ALAN STOLLERY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:22-cr-00207-JLS |
|---|---|
| Plaintiff, | |
| v. | RESTITUTION ORDER |
| MICHAEL ALAN STOLLERY ("a/k/a MICHAEL STOLLAIRE"), | |
| Defendant. | |

    Pursuant to the parties' Joint Statement Re: Agreed Amount of Restitution filed on March 8, 2023, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant Michael Alan Stollery ("defendant") shall pay restitution in the amount of $5,439,462.20 to 671 identified victim investors, pursuant to 18 U.S.C. § 3663A. The entire amount of restitution is due and payable immediately.

2. Defendant's restitution shall be paid to victims as set forth in the attached Victim Restitution List, which identifies victims anonymously (Unique Victim ID Nos. 1 – 671) and their respective amounts of restitution.[1] A complete copy of the Victim Restitution List, which includes specific victim identities, addresses, and restitution amounts, has been provided to the fiscal department of the Clerk's Office and shall remain confidential to protect the privacy interests of the victims.

3. The Clerk's Office shall credit defendant against the amount of restitution owed to any victim included in the Victim Restitution List any amount the Receiver has paid that victim for the same loss by that victim in in <u>Securities and Exchange Commission v. Titanium Blockchain Infrastructure Services Inc., et al.</u>, Case No. CV 18-04315-DSF, as provided by 18 U.S.C. § 3664(j)(2). The Clerk's Office shall accept the representations from the Receiver that the losses paid to victims by the Receiver are based on the same losses that those victims suffered in the instant criminal case.

---

[1] Victim ID 671 is currently contesting their allowed claim in <u>Securities and Exchange Commission v. Titanium Blockchain Infrastructure Services Inc., et al.</u>, Case No. CV 18-04315-DSF. Should Victim ID 671's objection be granted, the parties shall amend this Restitution Order to reflect that change.

4. Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10 percent of defendant's gross monthly income but not less than $100, whichever is greater, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered. Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

5. This schedule is the minimum payment obligation and does not preclude the United States Attorney's Office from pursuing all other means by which to satisfy criminal debt obligations imposed by the Court.

_____     _____
DATE                                HONORABLE JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE

**CC: USPO/PSA; USM; BOP; FISCAL**

Presented by:

```
        /s/
_____

TIAN HUANG
Attorney for Plaintiff
UNITED STATES OF AMERICA


        /s/
_____

ANDREW B. HOLMES
Attorney for Defendant
MICHAEL ALAN STOLLERY
```