# Exhibit G

from current operations, and changes that did occur would be on an as-needed basis. Management of park visitors would continue to vary seasonally as visitor demand and needs change with many management strategies focusing on the peak season between mid-May and mid-October. Parking would remain available to all users on a first-come, first-served basis and right lane parking on the Park Loop Road would continue to occur. Temporary or permanent closures of roads and parking areas may occur if necessary to address safety and security concerns or to ensure the financial sustainability of the overall transportation system.

*Alternative B*—would establish a reservation system for parking at five of the primary attractions and trailheads along Park Loop Road during peak times and seasons, and eliminate right lane parking to improve traffic flows. Gates and queuing lanes would be constructed where needed to validate reservations and to control access on some first-come, first-served lots.

*Alternative C: Proposed action and preferred alternative*—would address transportation and congestion issues by establishing a reservation system for the Ocean Drive corridor, Cadillac Mountain Road, and the Jordan Pond North Lot during peak use season (approximately mid-May to mid-October). During initial implementation of this alternative, all other parking lots in the park would continue to be managed on a first-come, first-served basis; but the alternative includes an adaptive management strategy that directs park managers to monitor traffic and resource conditions elsewhere in the park. If monitoring indicates traffic or resource conditions worsening beyond established thresholds, access to Island Explorer routes entering the park, vehicle access to other parking lots, or vehicle access to the entire Park Loop Road may be added to the reservation systems. Expanded opportunities for parking and associated visitor access to the park (without private vehicles) would be provided via expanded public transit service and improvements at Hulls Cove and the Acadia Gateway Center.

*Alternative D*—would establish a systemwide approach to manage volume of vehicles on Park Loop Road during the peak use season. Gates and additional entrance stations would be installed at all access points to Park Loop Road and a timed-entry reservation system would be established for vehicle access to Park Loop Road during the peak use season. Once a visitor passes through an entrance station or gate during their reserved entry window, all parking lots on Park Loop Road would be available on a first-come, first-served basis.

Under all of the action alternatives (alternatives B, C, and D), vehicle size limits would be phased in for all commercial and noncommercial vehicles on the Park Loop Road to improve safety and maintain the historic character of the road. Also common to these alternatives, the number of oversize commercial vehicles (vehicles that do not fit within a standard parking space such as a bus) allowed at key locations at one time would be managed to ensure desired conditions are maintained and visitor capacities at the parks primary attractions are not exceeded.

The NPS will accept comments on the Draft Plan/EIS for a period of 60 days following publication of the Environmental Protection Agency's (EPA) Notice of Availability of the Draft Plan/EIS in the **Federal Register**. After the EPA Notice of Availability is published, the NPS will schedule public meetings to be held during the comment period. The comment period and dates, times, and locations of these public meetings will be announced through social media and local media outlets; and on the NPS Planning, Environment, and Public Comment website at *http://parkplanning.nps.gov/ACADTransportationPlan,* and Acadia National Park's website at *https://www.nps.gov/acad/index.htm.*

If you wish to comment, you may submit your comments by any one of several methods. The preferred method of commenting is to enter comments electronically through the PEPC website at *http://parkplanning.nps.gov/ACADTransportationPlan.* Comments will also be accepted in hardcopy by mail to: Acadia National Park, Attn: Transportation Plan, P.O. Box 177, Bar Harbor, ME 04609, or you may hand-deliver hardcopy comments to the park at 20 McFarland Hill Drive, Bar Harbor, ME. Comments will not be accepted in any other format beyond those specified above.

Before including your address, phone number, email address, or other personal identifying information in any comment, you should be aware that your entire comment—including your personal identifying information—may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

Dated: March 13, 2018.

**Deborah L. Conway,**

*Acting Regional Director, Northeast Region, National Park Service.*

[FR Doc. 2018–08998 Filed 4–27–18; 8:45 am]

**BILLING CODE 4312–52–P**

# DEPARTMENT OF JUSTICE

## Bureau of Prisons

### Annual Determination of Average Cost of Incarceration

**AGENCY:** Bureau of Prisons, Justice.

**ACTION:** Notice.

**SUMMARY:** This Notice publishes the annual determination of average cost of incarceration for the Fiscal Years (FY) 2016 and 2017. The fee to cover the average cost of incarceration for Federal inmates was $34,704.12 ($94.82 per day) in FY 2016 and $36,299.25 ($99.45 per day) in FY 2017. The average annual cost to confine an inmate in a Residential Re-entry Center was $29,166.54 ($79.69 per day) for FY 2016 and $32,309.80 ($88.52 per day) for FY 2017.

**DATES:** Applicable Date: April 30, 2018.

**ADDRESSES:** Office of General Counsel, Federal Bureau of Prisons, 320 First St. NW, Washington, DC 20534.

**FOR FURTHER INFORMATION CONTACT:** Sarah Qureshi, (202) 353–8248.

**SUPPLEMENTARY INFORMATION:**

Title 28 of the Code of Federal Regulations, part 505, allows for assessment and collection of a fee to cover the average cost of incarceration for Federal inmates. Under § 505.2, this fee is calculated by dividing the number representing Bureau of Prisons (Bureau) facilities' monetary obligation (excluding activation costs) by the number of inmate-days incurred for the preceding fiscal year, and then by multiplying the quotient by the number of days in the fiscal year.

Based on FY 2016 and FY 2017 data, the fee to cover the average cost of incarceration for Federal inmates was $34,704.12 ($94.82 per day) in FY 2016 and $36,299.25 ($99.45 per day) in FY 2017. The average annual cost to confine an inmate in a Residential Re-entry Center was $29,166.54 ($79.69 per day) for FY 2016 and $32,309.80 ($88.52 per day) for FY 2017. (**Note:** There were 366 days in FY 2016 and 365 days in FY 2017.)

**Ken Hyle,**

*General Counsel, Federal Bureau of Prisons.*

[FR Doc. 2018–09062 Filed 4–27–18; 8:45 am]

**BILLING CODE 4410–05–P**