Andrew Holmes (SBN 185491), 601 Wilshire Blvd., Ste 460,
LA, CA  90017

Reference: Blink by Malcolm Gladwell, Chapter 6, "Seven Seconds in the Bronx. Citation: Ekman and Friesen's Expression Theory. The Facial Action Coding System (FACS). Autistic patients reading their environments literally and also, experiencing "Mind-Blind" moments: When conditions are so stressful, or confusing, that actions of ALL human beings can be impulsive and socially incorrect, both in the heat of the moment and for long periods of time, as long as the individual's environment is (environments) stressfull and/or confusing (confusing).

Letter of Remorse:

This letter serves as my formal and sincere apology, for the negative impact that my actions may have had on those that invested their hard-earned money into Titanium ~~Infrastructure~~ Blockchain Infrastructure Services Inc. (TBIS).

I consider it to be the worst mistake I ever made, and of course, this error will never be repeated again.

I can only imagine the effect it could have had on those of you who have a family, wives and children. As a father of two (2) daughters, I do understand the anger and frustration this would have caused. I hope that complete re-payment of the funds lost helped to soothe this situation.

For me, it not only had a significant financial impact, but it also took those I care about the most away from me, indefinitely

- **PRE-TRIAL SERVICES:**

BEING IN THE ICU AT KAISER IRVINE, MADE IT IMPOSSIBLE TO CHECK-IN AND I WAS ONLY OUT ONE (1) DAY BEFORE RETURNING HOME, STILL UNDER THE INFLUENCE OF HEAVY SEDATIVES, WHICH WOULD LEAVE ME SUSCEPTIBLE FOR MAKING POOR CHOICES, OR NO CHOICE AT ALL.

FOR INSTANCE, MAKING ERRORS ABOUT CALENDARING, RESPONSES TO EMAILS, ETC.

I AM very SORRY FOR NOT RESPONDING PROMPTLY, WHICH IS CERTAINLY UNLIKE ME.

THANKS FOR YOUR CONTINUED PATIENCE AND UNDERSTANDING.

THURSDAY, MARCH 9, 2023

*[signature]*

MICHAEL STOLLERY